NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM W. HULVEY,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3065

---

Petition for review of the Merit Systems Protection Board in case no. PH0831100249-I-1.

---

## ON MOTION

---

## ORDER

William W. Hulvey moves for leave to withdraw his "prematurely submitted" informal brief dated January 17, 2011 and herewith submits a more comprehensive petitioner's (revised) informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Office of Personnel Management may, if it chooses, file a revised brief in response within 30 days.

FOR THE COURT

**MAR 1 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: William W. Hulvey

Melissa Devine, Esq.

s21

FILED

U.S. COURT OF APPEALS FOR

THE FEDERAL CIRCUIT

**MAR 1 7 2011**

JAN HORBALY

CLERK